IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALICE W. HUANG, CHRISTINE W. HUANG, AND STEVEN W. HUANG, INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF TCBH, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ALISON CHANG,<br><br>Defendant. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-CV-03306 |

**ORDER EXTENDING SUBMISSION DATE TO DEFENDANT'S MOTION TO DISMISS AND ALTERNATIVE MOTION TO TRANSFER VENUE AND MOTION TO STAY DISCOVERY**

On this day, the Court came to consider a joint letter submitted to the Court regarding an agreed extension to the submission date for Defendant's Motion to Dismiss, Alternative Motion to Transfer Venue, and Motion to Stay Discovery (collectively, "Motions") (Dkt. 10), currently set for March 23, 2021. Accordingly, it is hereby:

ORDERED that the submission date for Defendant's Motions is extended to Friday, March 26, 2021, with Plaintiffs' response to Defendant's Motions being due on or by that day by 5:00 p.m.

SIGNED ON the _____ day of March, 2021.

_____
HONORABLE KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE