United States District Court
Southern District of Texas

**ENTERED**

March 12, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN HUANG, ALICE HUANG, CHRISTINE HUANG, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-03306 |
| | § | |
| ALISON CHANG, | § § | |
| Defendant. | § | |

**ORDER EXTENDING SUBMISSION DATE TO DEFENDANT'S
MOTION TO DISMISS AND ALTERNATIVE MOTION TO TRANSFER VENUE AND
MOTION TO STAY DISCOVERY**

On this day, the Court came to consider a joint letter submitted to the Court regarding an agreed extension to the submission date for the defendant's motion to dismiss, alternative motion to transfer venue, and motion to stay discovery (collectively, "Motions") (Dkt. No. 10), currently set for March 23, 2021. Accordingly, it is hereby:

ORDERED that the submission date for the defendant's Motions is extended to Friday, March 26, 2021, with the plaintiffs' response to the defendant's motions being due on or by that day by 5:00 p.m.

It is so ORDERED.

SIGNED on this 11th day of March, 2021.

_____
Kenneth M. Hoyt
United States District Judge